UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JAKE ELROD and ERIC JENKINS, | ) |
| *Plaintiffs*, | ) Case No. 1:24-cv-278 |
| v. | ) Judge Travis R. McDonough |
| CITY OF SODDY-DAISY, *et al.*, | ) Magistrate Judge Michael J. Dumitru |
| *Defendants*. | ) |

### ORDER

This matter is before the Court for case-management purposes. On December 17, 2025, Court received an email providing notice that the parties have settled this matter and asking that the Court strike all deadlines in this case. Accordingly, it is hereby **ORDERED** that all deadlines in this matter are vacated. The parties **SHALL** file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii**) on or before February 2, 2026**. The parties are **ON NOTICE** that, if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action with prejudice pursuant to Rule 41(b).

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**