IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JAKE ELROD and | ) | |
| ERIC JENKINS | ) | |
| | ) | |
| Plaintiffs | ) | DOCKET NO. 1:24-cv-278 |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF SODDY-DAISY, | ) | |
| TENNESSEE, et al. | ) | |
| | ) | |
| Defendants | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, Jake Elrod and Eric Jenkins and Defendants, City of Soddy Daisy, Burt Johnson, Billy Petty, and Mike Sneed, through their attorneys, pursuant to Fed. R. Civ. P. 41, hereby submit this Stipulation dismissing this case on the merits with full and final prejudice to the refiling of same.

By agreement of the parties, each party shall bear his/her or its own attorneys' fees and expenses and no party shall file a bill, petition or motion for attorneys' fees or expenses. Court costs shall be taxed to the City of Soddy Daisy.

Respectfully submitted this 12th day of January, 2026.

Respectfully submitted,

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

By: /s/ Lance W. Pope
       Lance W. Pope, BPR #025054
       R. Jonathan Guthrie, BPR #020762
       537 Market St., Suite 300
       Chattanooga, TN 37402
       Telephone: (423) 756-7117
       lpope@pbsjlaw.com
       jguthrie@pbsjlaw.com


**DAVIS & HOSS, P.C.**
850 Fort Wood Street
Chattanooga, TN   37403
Telephone: (423) 266-0605

By: /s/ Logan Edith Davis
       Edith Logan Davis, BPR #038138
       850 Fort Wood Street
       Chattanooga, TN   37403
       Telephone: (423) 266-0605
       logan@davis-hoss.com
       *Attorney for Plaintiffs*


**SPEARS MOORE REBMAN & WILLIAMS, P.C.**


By: /s/ Philip Aaron Wells
       Ronald D. Wells, BPR #011185
       Philip Aaron Wells, BPR #036248
       601 Market St., Suite 400
       Chattanooga, TN 37402
       Telephone: (423) 756-7000
       *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of January, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Spears, Moore, Rebman & Williams, P.C.

By: _____ *s /Philip Aaron Wells* _____